NUMBER 13-09-00012-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LOREEN EDWARDS, Appellant,


v.



ERIN SCHNITZER, Appellee. 

 ____________________________________________________________


On appeal from the County Court at Law No. 5 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the County Court at Law
No. 5 of Hidalgo County, Texas, in cause number CL-06-0091-E. The parties have filed
an agreed motion to dismiss the appeal on grounds that all matters at issue between the
parties have been settled. The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the parties' agreed motion
to dismiss, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The parties' motion to dismiss is granted, and the appeal is hereby DISMISSED
with prejudice. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at the parties' request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 26th day of March, 2009.